FILED

1998 MAR 25 AM 9:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

ADRIAN ROBERTS, a/k/a )
ASHLEY KIMBERLY COUCH, )
AIS #106405 )
 )
      Plaintiff, )
 )
vs. ) Case No. CV-95-N-1049-NE
 )
RON JONES; VICTOR NAPIER; )
PATRICK ROBINSON; JIM HAYES; )
CARLISLE HAMMONDS; TONY LYNCH; )
DARRYL JAMAR; WARDEN STEVE )
DEES; RICHARD ANDERSON; )
YOLANDA BETHEA; MICKEY )
KIRKLAND; JERRY BAKER; )
and EDWARD MOORE, )
 )
      Defendants. )

ENTERED
MAR 2 5 1998

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on December 10, 1997, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered <u>de novo</u> all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are

entitled to judgment as a matter of law. Defendants' motion for summary judgment, therefore, is due to be granted, and this action is due to be dismissed with prejudice. A final judgment will be entered.

DATED this 24th day of March, 1998.

EDWIN L. NELSON
U.S. DISTRICT JUDGE

2